# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Misc.Case No.: | 15-204 |
| Honeywell International, Inc. | : | | |
| *Debtor(s).* | : | | |
| Honeywell International, Inc. | : | Adversary No.: | 21-02097-TPA |
| *Plaintiff(s).* | : | | |
| | : | Date: | 1/27/2022 |
| North American Refractories Company Asbestos Perso | : | Time: | 12:00 |
| *Defendant(s).* | : | | |

### PROCEEDING MEMO

**MATTER**    #236 Discovery Dispute Between Honeywell and Mazar USA, LLP transferred from the Southern District of New York

**APPEARANCES:**

- Honeywell: Craig S. Primis, Ronald Angus Jr., Michael P. Kruszewski
- NARCO Trust: David Ross, Stuart Lombardi, Sander Esserman
- TAC: James P. Wehner, George T. Snyder
- FCR: James Higgins, Gary Philip Nelson, Jennifer Richnafsky, Edwin Harron
- Mazars: John Steiner, James Moyle, Christina Dellaporte

**NOTES:**

Moyle: I have been instructed to produce everything reasonably available to Honeywell. We have already produced 89,000 pages of documents as of yesterday. The documents that must be reviewed are all in London. We have had discussions with Mr. Anguas and are trying to be cooperative, but there are challenges.

Anguas: The parties are making progress and we did receive a first production on January 20th Honeywell has concerns about the timing of production because of the upcoming pretrial deadlines.

Court: The current pretrial deadlines will remain in place. Since the parties appear to be cooperating the Court will no refer the matter to mediation at this time, but will be prepared to do revisit the matter quickly if they contact chambers and indicate progress has stopped.

**OUTCOME:**    Matter put on hold for now; Court will schedule a further hearing upon notice to Chambers that further action is needed.

asg

Case 21-02097-TPA    Doc 237    Filed 01/27/22    Entered 01/27/22 15:44:43    Desc Main
Document      Page 2 of 2