# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Misc. Case No. 15-00204 (TPA) |
| ALL MATTERS RELATED TO NORTH AMERICAN REFRACTORIES COMPANY, et al. in Case No. 02-20198, as affected by the May 24, 2013 Order Entering Final Decree entered at Doc. No. 7940 | Chapter 11 |
|     Debtors | |
| HONEYWELL INTERNATIONAL INC., | Adv. No. 21-2097 |
|     Plaintiff, | Related to Doc. Nos. 175, 201, 203, 214, 231 & 235 |
| v. | |
| NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST, | |
|     Defendant. | |

**JOINT STIPULATION TO DISMISS MOTIONS OF**
**HONEYWELL INTERNATIONAL INC. AND VINSON LAW, P.A.**

Plaintiff Honeywell International Inc. ("Honeywell") and non-party Vinson Law, P.A. ("Vinson"), by and through their undersigned counsel, respectfully stipulate as follows:

1. On November 9, 2021, Honeywell served a subpoena issued in this action on Vinson.

2. On November 23, 2021, Vinson filed an Objection to and Motion to Quash Subpoena and Objection to Transfer in the U.S. District Court for the Middle District of Florida (the "Vinson Motion").

3. On December 6, 2021, Honeywell filed Combined Motions to Compel, Transfer, or Expedite, and an Opposition to the Vinson Motion (the "Honeywell Motion," and together with the Vinson Motion, the "Motions").

4. On December 27, 2021, the U.S. District Court for the Middle District of Florida transferred the Motions of Vinson and Honeywell to this Court.

5. On January 26, 2022, Honeywell and Vinson filed a Joint Stipulation and Consent Order concerning the Motions. In the Joint Stipulation, Vinson agreed to produce certain documents to Honeywell, and Honeywell and Vinson agreed that upon compliance with the terms of the Joint Stipulation, "Vinson shall be deemed to have fully discharged its duties under the Subpoena. Honeywell shall then withdraw the Honeywell Motion without prejudice, and Vinson shall withdraw the Vinson Motion without prejudice." Dkt. 231, ¶ 6.

6. On January 26, 2022, the Court "so ordered" the Joint Stipulation. *See* Dkt. 235.

7. Honeywell and Vinson have met and conferred and agree that Vinson has produced documents in conformance with the Joint Stipulation.

8. For these reasons, Honeywell respectfully requests that the Court dismiss the Honeywell Motion without prejudice, and Vinson respectfully requests that the Court dismiss the Vinson Motion without prejudice.

Dated this 31st day of March, 2022.

| VINSON LAW, P.A. | HONEYWELL INTERNATIONAL INC. |
|---|---|
| /s/Harley E. Riedel | /s/Michael P. Kruszewski |
| Harley E. Riedel | Michael P. Kruszewski |
| Florida Bar No. 183628 | QUINN, BUSECK, LEEMHUIS, |
| STICHTER, RIEDEL, BLAIN & POSTLER, P.A. | TOOHEY & KROTO, INC. |
| | Pa. Id No. 91239 |
| 110 E. Madison Street, Suite 200 | 2222 W. Grandview Blvd. |
| Tampa, FL 33602 | Erie, PA 16506 |
| Tel: (813) 229-0144 | Tel: (814) 833-2222 |
| Fax: (813) 229-1811 | Fax: (814) 833-6753 |
| hriedel@srbp.com | mkruszewski@quinnfirm.com |

and

Joel M. Walker
NYE, STIRLING, HALE & MILLER, LLP
1145 Bower Hill Road
Pittsburg, PA 15243
Tel: (412) 857-5348

3