Case 21-02097-TPA    Doc 324    Filed 04/07/22    Entered 04/07/22 15:31:07    Desc Main
Document      Page 1 of 1

FILED
4/7/22 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ALL MATTERS RELATED TO NORTH AMERICAN REFRACTORIES COMPANY, et al. in Case No. 02-20198, as affected by the May 24, 2013 Order Entering Final Decree entered at Doc. No. 7940<br>　　　Debtors | Misc. Case No. 15-00204-TPA<br><br><br><br>Chapter 11 |
| HONEYWELL INTERNATIONAL INC.,<br>　　　　　　　*Plaintiff,*<br>　v.<br>NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST,<br>　　　　　　　*Defendant* | Adv. No. 21-2097 |

**ORDER APPROVING JOINT MOTION TO AMEND SECOND SUPPLEMENTAL PRETRIAL SCHEDULING ORDER OF COURT**

AND NOW, this 7th day of April, 2022, upon consideration of the Joint Motion filed at Document No. 323, it is ORDERED, ADJUDGED and DECREED as follows:

1. The Court approves the exchange of the Parties' respective initial Pretrial Statements on April 11, 2022, in lieu of filing the same.

2. The Pretrial Statement shall not include proposed findings of fact or conclusions of law, but shall include each Party's narrative statement of the case. Each such narrative statement of the case shall be no longer than 20 pages.

2. All other related Scheduling Orders remain in effect in all other respects.

　　　　　　　　　　　　　　　　　　　_____ asg
　　　　　　　　　　　　　　　　　　　Thomas P. Agresti, Judge
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court