FILED
4/12/22 12:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ALL MATTERS RELATED TO NORTH AMERICAN REFRACTORIES COMPANY, et al. in Case No. 02-20198, as affected by the May 24, 2013 Order Entering Final decree entered at Doc. No. 7940,<br>*Debtors* | Misc. Case No. 15-204-TPA<br><br>Adv. No. 21-2097<br><br>Related to Doc. No. 327 |
| HONEYWELL INTERNATIONAL, INC.,<br>*Plaintiff*<br><br>v.<br><br>NORTH AMERICAN REFRACTORIES COMPANY PERSONAL INJURY SETTLEMENT TRUST,<br>*Defendant* | |

*Order*

AND NOW, this **12th** day of ***April, 2022***, the Defendant having filed a ***Motion to Set the Order of Trial*** ("Motion") at Doc. No. 327, it is **ORDERED, ADJUDGED** and **DECREED** that,

(1) **On or before April 19, 2022** Plaintiff Honeywell International, Inc. shall file a Response to the *Motion*.

(2) Upon receipt and review of the Response the Court will issue a further order concerning the *Motion* as it deems appropriate.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve;
    Michael Kruszewski, Esq.
    David Ross, Esq.
    Gary Nelson, Esq.
    George Snyder, Esq.
    Jodi Hause, Esq.