FILED
4/29/22 3:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ALL MATTERS RELATED TO NORTH | : | Misc. Case No. 15-204-TPA |
| AMERICAN REFRACTORIES COMPANY, | : | |
| et al. in Case No. 02-20198, as affected by the | : | |
| May 24, 2013 Order Entering Final decree | : | |
| entered at Doc. No. 7940, | : | Adv. No. 21-2097 |
| *Debtors* | : | |
| | : | Related to Doc. No. 345 |
| HONEYWELL INTERNATIONAL, INC., | : | |
| *Plaintiff* | : | Hrg.: May 5, 2022 at 11:00 A.M. |
| | : | |
| v. | : | |
| | : | |
| NORTH AMERICAN REFRACTORIES | : | |
| COMPANY PERSONAL INJURY | : | |
| SETTLEMENT TRUST, | : | |
| *Defendant* | : | |

*Order*

AND NOW, this **29th** day of **April, 2022**, the Defendant having filed a ***Motion to Limit Public Access to the Issues of Law Brief Filed at Dkt. No. 357 and File a Revised Redacted Version of the Issues of Law Brief*** ("Motion") at Doc. No. 345, it is hereby **ORDERED, ADJUDGED** and **DECREED** that,

(1) Any Response to the *Motion* shall be filed **on or before May 4, 2022 at 12:00 Noon.**

      (2)  A hearing on the *Motion* is scheduled for ***May 5, 2022 at 11:00 A.M.***

      (3)  At the scheduled date and time of the above hearing all parties and/or their counsel shall appear via the ***Zoom Video Conference Application*** and must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective November 22, 2021, which can be found and available for review on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. To participate in and to join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff at 814-464-9760.

                                                                                /s/ Thomas P. Agresti  dak
                                                                                Thomas P. Agresti, Judge
                                                                                United States Bankruptcy Court

Case administrator to serve;
    Michael Kruszewski, Esq.
    David Ross, Esq.
    Gary Nelson, Esq.
    George Snyder, Esq.
    Jodi Hause, Esq.