FILED
5/2/22 2:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ALL MATTERS RELATED TO NORTH AMERICAN REFRACTORIES COMPANY, et al. in Case No. 02-20198, as affected by the May 24, 2013 Order Entering Final Decree entered at Doc. No. 7940<br>    Debtors | Misc. Case No. 15-00204-TPA<br><br><br><br>Chapter 11 |
| HONEYWELL INTERNATIONAL INC.,<br>    *Plaintiff*,<br>v.<br>NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST,<br>    *Defendant* | Adv. No. 21-2097<br><br>*Rel. to Doc. 344* |

## JOINT STIPULATION AND CONSENT ORDER ON
## <u>DISCLOSURE OF MEDIATION MATERIALS</u>

Honeywell International Inc. ("Honeywell"), the NARCO Asbestos Personal Injury Settlement Trust (the "Trust"), the Trust Advisory Committee (the "TAC"), the Future Claimants' Representative (the "FCR" and, collectively, the "Parties"), by their undersigned counsel, and the Honorable Judith K. Fitzgerald (the "Mediator"), herein jointly stipulate and agree as follows:

1. The Parties engaged in mediation proceedings with the Mediator for a certain period of time prior to the filing of the above-captioned Adversary Proceeding.

2. The Parties jointly consent to the disclosure of certain mediation materials for the purposes of trial, as identified on Exhibit "A", which is attached hereto and made a part hereof.

1

3.  The Meditator does not object to the Parties disclosure as set forth herein, but also does not agree to waive any mediation privilege or confidence.

4. Admission of the materials at the time of trial will depend upon the context in which they are offered.

SO ORDERED

_____
THE HONORABLE THOMAS P. AGRESTI

The 2nd day of May, 2022

| | |
|---|---|
| KIRKLAND & ELLIS LLP | MCDERMOTT WILL & EMERY LLP |
| Craig S. Primis, P.C.<br>(admitted *pro hac vice*) | Peter John Sacripanti<br>NY State Bar No. 1970581<br>NJ State Bar No. 026281984<br>D.C. Bar No. 414801<br>(admitted *pro hac vice*) |
| Ronald K. Anguas, Jr.<br>(admitted *pro hac vice*) | |
| 1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5000<br>Facsimile: (202) 389-5200 | One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444 |
| Mark McKane, P.C.<br>(admitted *pro hac vice*) | QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC. |
| 555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400 | /s/ Michael P. Kruszewski<br>Michael P. Kruszewski<br>(Pennsylvania Supreme Court ID #91239) |
| Nicole L. Greenblatt, P.C.<br>(admitted *pro hac vice*) | Arthur D. Martinucci<br>(Pennsylvania Supreme Court ID #63699) |
| 601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800 | 2222 W. Grandview Blvd.<br>Erie, Pennsylvania 16506<br>Telephone: (814) 833-2222<br>Facsimile: (814) 833-6753<br>amartinucci@quinnfirm.com<br>mkruszewski@quinnfirm.com |
| | *Counsel for Honeywell International, Inc.* |

2

BABST, CALLAND, CLEMENTS, &
ZOMNIR, P.C.

*/s/David W. Ross*
David W. Ross, Esquire
PA ID No. 62202
dross@babstcalland.com
Erica Koehl Dausch, Esquire
PA ID No. 306829
edausch@babstcalland.com
Two Gateway Center, 7th Floor
Pittsburgh, PA 15222
Telephone: (412)394-5400
Fax: (412)394-6576

-and-

WILKIE FARR & GALLAGHER LLP

Joseph T. Baio (admitted *pro hac vice*)
Rachel C. Strickland (admitted *pro hac vice*)
Daniel I. Forman (admitted *(pro hac vice)*
Stuart R. Lombardi (admitted *(pro hac vice)*
Philip F. DiSanto (admitted *(pro hac vice)*
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212)728-8000
Fax: (212)728-8111

*Counsel for North American Refractories
Company Asbestos Personal Injury Settlement
Trust*

STONECIPHER LAW FIRM

/s/George T. Snyder
George T. Snyder, Esq.
PA ID No. 53525
125 First Avenue
Pittsburgh, PA 15222
Telephone: (412) 391-8510
Facsimile: (412) 391-8522
Email: gsnyder@stonecipherlaw.com
-and-

CAPLIN & DRYSDALE, CHARTERED

James P. Wehner, Esq.
(admitted pro hac vice)
Todd P. Phillips, Esq.
(admitted pro hac vice)
Jeanna Rickards Koski, Esq.
(admitted pro hac vice)
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
E-mail: jwehner@capdale.com
tphillips@capdale.com
jkoski@capdale.com

*Counsel for the NARCO Asbestos Trust Advisory Committee*

SHERRARD, GERMAN & KELLY, PC.

/s/Gary Philip Nelson
Gary Philip Nelson, Esq.
PA ID No. 27603
535 Smithfield Street, Suite 300
Pittsburgh, PA 15222
Telephone: (412) 258-6720
Facsimile: (412) 261-6221
Email: gpn@sgkpc.com

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Edwin J. Harron, Esq. (DE Bar No. 3396)
Sharon M. Zieg, Esq. (DE Bar No. 4196)
Sara Beth A.R. Kohut (DE Bar No. 4137)
Michael S. Neiburg, Esq. (DE Bar No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
eharron@ycst.com
szieg@ycst.com
skohut@ycst.com
mneiburg@ycst.com

*Counsel for NARCO Asbestos Future Claimants' Representative*

Dated: April 28, 2022

4

Honeywell International, Inc. vs.
North American Refractories Company Asbestos Personal Injury Settlement Trust
Adversary Proceeding No. 21-02097 TPA

### MEDIATION DOCUMENTS HONEYWELL/THE TRUST PLAN TO DISCLOSE FOR POTENTIAL USE AT TRIAL

| Date of Exhibit | Description | Bates Number |
|---|---|---|
| 4/12/2016 | The Standstill Agreement & April 2016 Directives | n/a |
| 11/21/2016 | Confidential Mediation Response of NARCO Asbestos Trust to TAC and FCR Submission Concerning Trust Interpretation and Application of Standstill Agreement and Directives | n/a |
| 5/30/2017 | Response of the NARCO TAC and FCR to Honeywell's May 22 Submission Regarding Application of the Decision to IR | n/a |
| 7/5/2016 | Mediator's Decision Regarding Exposure to A NARCO Asbestos Containing Product for Workers at the Newport News Shipyard dated July 5, 2016 | n/a |
| 8/1/2016 | Mediator's Decision Regarding Competent Evidence | TRUST-HW-00013841 |
| 8/31/2016 | Mediator's Decision Regarding IR Claim Form | TRUST-HW-00013876 |
| 9/14/2016 | Mediator's Clarification of Decision Regarding IR Claim Form | TRUST-HW-00014614 |
| 3/29/2017 | Mediator's Decision Regarding Claims Audit Program | GLEASON-HW-00000335 |
| 5/26/2017 | Mediator's Final Decision regarding Impracticability of Directive 7(a), 7(b), & (7c) dated May 26, 2017 | HON02950002 |
| 6/6/2017 | Mediator's Decision Re Proposed Directives Implementing Final Impracticability Decision | n/a |
| 6/12/2017 | Mediator's Decision Re Application of Final Impracticability Decision To Individual Review Claims | TRUST-HW-00099451 |
| 6/15/2017 | Mediator's Decision Regarding Directives Implementing Final Impracticability Decision dated June 15, 2017 | TRUST-HW-00013044 |
| 7/4/2017 | Mediator's Decision Regarding Supplementation of NARCO Trust Presumptive Occupation Chart With Additional Brick Related Occupations dated July 4, 2017 | n/a |
| 9/4/2017 | Mediator's Decision Regarding Use of the Check the Box Affidavits to Show Significant Occupational Exposure dated September 4, 2017 | TRUST-HW-00015617 |
| 9/12/2017 | Mediator's Decision Regarding Trust's Proposed Policy on Timing of Change of Election from Individual Review to Expedited Review dated September 12, 2017 | |