**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ALL MATTERS RELATED TO NORTH AMERICAN REFRACTORIES COMPANY, *et al.* in Case No. 02-20198, as affected by the May 24, 2013 Order Entering Final Decree entered at Doc. No. 7940<br><br>　　　　　　Debtors. | Misc. Case No. 15-00204-TPA<br><br>Chapter 11 |
| HONEYWELL INTERNATIONAL INC.,<br><br>　　　　　*Plaintiff*,<br>　v.<br><br>NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST,<br><br>　　　　　*Defendant*. | Adv. No. 21-2097<br><br>Related to Doc. No. 333<br><br>Hearing Date & Time: May 5, 2020 at 11:00 a.m. |

**NOTICE OF PARTIAL WITHDRAWAL OF MOTION TO PRECLUDE THE FILING OR ADMISSION INTO EVIDENCE OF NON-PARTY CLAIMANT LAW FIRM IDENTIFYING INFORMATION**

PLEASE TAKE NOTICE that the North American Refractories Company Asbestos Trust Advisory Committee (the "TAC") and the Future Claimants' Representative ("FCR"), through their undersigned counsel, hereby withdraw that portion of their Motion to Preclude the Filing or Admission into Evidence of Non-Party Claimant Law Firm Identifying Information (the "Motion") seeking to preclude the filing of documents, or admission at trial of evidence, containing identifying information regarding law firms that represent individual claimants. The movants maintain the request for an order confirming the agreement by Honeywell, the Trust, the TAC and

DOC# 3768086

the FCR as to the redaction of individual claimant identifying information from trial materials and filings, such as names, addresses, and social security numbers.

While the TAC and FCR believe that the relief sought in the Motion is appropriate, the TAC and FCR have determined that withdrawal of that portion of the Motion seeking redaction of law firm identifying information is in keeping with the Parties' efforts to focus on the specific matters at issue in these proceedings.

As noted in the Motion, and as confirmed by Honeywell and the Trust, the Parties have agreed to redact from filings and exhibits offered into evidence personal identifying information about individual asbestos claimants. Such a procedure is consistent with applicable law, including 11 U.S.C. § 107(c), and appropriate to protect individual claimants' privacy concerns. *In re Motions Seeking Access to 2019 Statements*, 585 B.R. 733, 760 (D. Del. 2018) (confirming bankruptcy court order implementing procedures to protect the privacy and personal identifying information of individuals with asbestos personal injury claims under 11 U.S.C. § 107(c)), *aff'd sub nom. In re AC&S Inc*, 775 F. App'x 78 (3d Cir. 2019).

A revised proposed order on the Motion conforming with this Notice is attached.

Dated: May 3, 2022
Pittsburgh, Pennsylvania

        STONECIPHER LAW FIRM

        */s/George T. Snyder*
        George T. Snyder, Esq.
        PA ID No. 53525
        125 First Avenue
        Pittsburgh, PA 15222
        Telephone: (412) 391-8510
        Facsimile: (412) 391-8522
        Email: gsnyder@stonecipherlaw.com

        -and-

        CAPLIN & DRYSDALE, CHARTERED

        James P. Wehner, Esq. (admitted *pro hac vice*)
        Todd P. Phillips, Esq. (admitted *pro hac vice*)
        Katy Zendeh, Esq. (admitted *pro hac vice*)
        George O'Connor, Esq. (admitted *pro hac vice*)
        One Thomas Circle, NW, Suite 1100
        Washington, DC 20005
        Telephone: (202) 862-5000
        E-mail: jwehner@capdale.com
                tphillips@capdale.com
                kzendeh@capdale.com
                goconnor@capdale.com

        *Counsel for the NARCO Asbestos Trust*
        *Advisory Committee*

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        Edwin J. Harron (DE Bar No. 3396)
        Sharon M. Zieg (DE Bar No. 4196)
        Sara Beth A.R. Kohut (DE Bar No. 4137)
        James L. Higgins (DE Bar No. 5021)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600

Facsimile: (302) 571-1253
Email: eharron@ycst.com
  szieg@ycst.com
  skohut@ycst.com
  jhiggins@ycst.com

-and-

SHERRARD, GERMAN & KELLY, PC.

/s/ Jennifer P. Richnafsky
Gary Philip Nelson (P.A. Bar No. 27603)
Jennifer P. Richnafsky (P.A. Bar No. 314764)
535 Smithfield Street, Suite 300
Pittsburgh, PA 15222
Telephone: (412) 258-6720
Facsimile:  (412) 261-6221
Email: gpn@sgkpc.com
     jpr@sgkpc.com

*Counsel for the Future Claimants' Representative*