Case 21-02097-TPA    Doc 378    Filed 05/17/22    Entered 05/17/22 16:17:24    Desc Main
Document      Page 1 of 2

FILED
5/17/22 3:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ALL MATTERS RELATED TO NORTH | : | Misc. Case No.  15-204-TPA |
| AMERICAN REFRACTORIES COMPANY, | : | |
| et al. in Case No. 02-20198, as affected by the | : | |
| May 24, 2013 Order Entering Final decree | : | |
| entered at Doc. No. 7940, | : | Adv. No. 21-2097 |
| *Debtors* | : | |
| | : | Hrg.: May 23, 2022 at 9:00 A.M. |
| HONEYWELL INTERNATIONAL, INC., | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| NORTH AMERICAN REFRACTORIES | : | |
| COMPANY PERSONAL INJURY | : | |
| SETTLEMENT TRUST, | : | |
| *Defendant* | : | |

*Order*

AND NOW, this **17th** day of **May, 2022**, and in light of the recent increase in local COVID-19 infections, and  the report made to the Court that an attorney and a witness who plan to be present for the upcoming trial recently tested positive for a Covid-19 infection, and  for the safety and benefit of all persons who will be present at  the upcoming  trial, it is **ORDERED, ADJUDGED** and **DECREED** that,

(1)  Each attorney, support staff member, Party representative, or witness who will be attending the trial  in person at the U.S. Courthouse in Erie (hereinafter "Trial Attendees") must take a COVID-19 test during the evening of May 22, 2022.

(2) Trial Attendees will not be required to produce a test certification to enter the Courthouse during the trial, nor will they be questioned about their COVID-19 status before being admitted into the building. However, by entering the Courthouse Trial Attendees will be deemed to implicitly represent that they have complied with the testing requirement as set forth in this Order, and that the result of the test was negative.

(3) The lead attorney for each Party is responsible for making the substance of this Order known to all Trial Attendees associated with that Party.

(4) Should the Court ever become aware that a Trial Attendee failed to test in accordance with this Order, or tested and obtained a positive result, it reserves the right to impose a sanction on such person, including but not limited to exclusion from the trial or a monetary penalty.

_____dak
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve;
    Michael Kruszewski, Esq.    George Snyder, Esq.
    David Ross, Esq.    Jodi Hause, Esq.
    Jennifer Richnafsky, Esq.