IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/23/22 4:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Bankruptcy No. 15-204-TPA |
| All Matters Related to North American Refractories Company, et al. in Case No. 02-20198, as affected by the May 24, 2013 Order Entering Final Decree entered at Doc. No. 7940 | | |
|     Debtors | : | Adversary No. 21-02097-TPA |
| Honeywell International, Inc., | | |
|     Plaintiff | : | |
| | : | Related to Docket Nos. 99, 119, 185, 356 : |
| v | : | Daily Request |
| | : | |
| North American Refractories Company Asbestos Personal Injury Settlement Trust, | | |
|     Defendant | | |

## NOTICE OF TRANSCRIPT
## ORDER WITH COMPLETION
## DATE

Michael P. Kruszewski, Esq. has ordered unofficial transcripts for all trial dates starting on May 23, 2022, through completion of the trial.

The transcripts are being prepared by J&J Court Transcribers, Inc. Estimated completion date for the official transcripts will be determined by Chambers upon completion of the trial.

Michael R. Rhodes, Clerk
United States Bankruptcy Court

Date: 5/23/2022
#61-M

By: ___/s/ Hayley Smith_____
ECRO