# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ALL MATTERS RELATED TO NORTH AMERICAN REFRACTORIES COMPANY, et al.<br><br>Debtors.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>Plaintiff,<br>v.<br><br>NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST,<br><br>Defendant. | Misc. Case No. 15-00204 TPA<br><br>Adversary Proceeding No. 21-02097 TPA |

## CERTIFICATE OF SERVICE

I, Erica K. Dausch, certify under penalty of perjury that I served the foregoing pleading on the parties at the addresses and/or e-mail addresses and in the manner specified on the attached Exhibit "A."

Dated: June 14, 2022
       Pittsburgh, Pennsylvania

                               **BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**

                               */s/ David W. Ross*
                               David W. Ross, Esquire
                               PA ID No. 62202
                               dross@babstcalland.com
                               Two Gateway Center, 7th Floor
                               Pittsburgh, PA 15222
                               Telephone: (412) 394-5400
                               Fax: (412) 394-6576

# EXHIBIT "A" - SERVICE LIST

**All parties listed below were served with a copy of the foregoing pleadings via the Court's CM/ECF System:**

**21-02097-TPA Notice will be electronically mailed to:**

Eileen Margaret Bradley on behalf of Intervenor-Defendant Everest Reinsurance Company
eileen.bradley@kennedyslaw.com

Eileen Margaret Bradley on behalf of Intervenor-Defendant TIG Insurance Company
eileen.bradley@kennedyslaw.com

Erica Koehl Dausch on behalf of Defendant North American Refractories Company Asbestos Personal Injury Settlement Trust
edausch@babstcalland.com, ekoehl@babstcalland.com

Sander L Esserman
esserman@sbep-law.com

Gavin Fung on behalf of Intervenor-Defendant Everest Reinsurance Company
gfung@ohaganmeyer.com

Gavin Fung on behalf of Intervenor-Defendant TIG Insurance Company
gfung@ohaganmeyer.com

Jodi Hause on behalf of U.S. Trustee Office of the United States Trustee
jodi.hause@usdoj.gov, David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Michael P. Kruszewski on behalf of Counter-Defendant Honeywell International, Inc.
mkruszewski@quinnfirm.com,
mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Michael P. Kruszewski on behalf of Plaintiff Honeywell International, Inc.
mkruszewski@quinnfirm.com,
mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Stuart R. Lombardi on behalf of Defendant North American Refractories Company Asbestos Personal Injury Settlement Trust
, mao@willkie.com;narcoteam@willkie.com

Arthur D. Martinucci on behalf of Plaintiff Honeywell International, Inc.
amartinucci@quinnfirm.com,

10820897.1

mboni@quinnfirm.com;mtrayer@quinnfirm.com;kcouse@quinnfirm.com;jcalandra@mwe.com;
psacripanti@mwe.com;newyorkmanagingclerksoffice@mwe.com;mco@mwe.com;Ronald.anguas@kirkland.com;Craig.primis@kirkland.com;ross.pow

Craig Murphey on behalf of Mediator Craig Murphey
craig@purchasegeorge.com

Gary Philip Nelson on behalf of Intervenor Lawrence Fitzpatrick, as Future Claimants' Representative
gpn@sgkpc.com

Todd Evan Phillips on behalf of Intervenor North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee
, cecilia-guerrero-caplin-6140@ecf.pacerpro.com

Holly S Planinsic on behalf of Witness Law Offices of Peter T. Nicholl
hplaninsic@hmhy.com, kschrack@hmhy.com

Jennifer Patricia Richnafsky on behalf of Intervenor Lawrence Fitzpatrick, as Future Claimants' Representative
jpr@sgkpc.com

David W. Ross on behalf of Defendant North American Refractories Company Asbestos Personal Injury Settlement Trust
dross@bccz.com

David W. Ross on behalf of Defendant North American Refractories Company Asbestos Personal Injury Settlement Trust
dross@babstcalland.com

Peter John Sacripanti on behalf of Plaintiff Honeywell International, Inc.
psacripanti@mwe.com, Dazman@mwe.com

Joseph S. Sisca on behalf of U.S. Trustee Office of the United States Trustee
joseph.s.sisca@usdoj.gov

George T. Snyder on behalf of Intervenor North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee
gsnyder@stonecipherlaw.com

John M. Steiner on behalf of Interested Party Mazars USA, LLP
jsteiner@leechtishman.com,
mproden@leechtishman.com;bankruptcy@leechtishman.com;cthornton-illar@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

Brian C. Thompson on behalf of Witness Claims Resolution Management Corporation

10820897.1

bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Joel M. Walker on behalf of Interested Party Vinson Law, P.A.
jmwalker@nshmlaw.com

10820897.1