# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ALL MATTERS RELATED TO NORTH AMERICAN REFRACTORIES COMPANY, et al. in Case No. 02-20198, as affected by the May 24, 2013 Order Entering Final Decree entered at Doc. No. 7940<br><br>               Debtors. | Misc. Case No. 15-00204-TPA<br><br>Chapter 11 |
| HONEYWELL INTERNATIONAL INC.,<br><br>               *Plaintiff*,<br>v.<br><br>NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST,<br><br>               *Defendant*. | Adv. No. 21-2097 |

## THE FUTURE CLAIMANTS' REPRESENTATIVE'S ADMITTED TRIAL EXHIBIT

The Future Claimants' Representative ("FCR") hereby submits the following trial exhibit identified in Paragraph 5 the Court's Order of June 8, 2022 (Dkt. No. 388) as being admitted at the request of the FCR:

**Exhibit 2:** Trust-Trial-00133 – Trust-Trial-00177: First Amended North American Refractories Company Asbestos Personal Injury Settlement Trust Agreement, dated April 30, 2013.

DOC# 3786687

| | |
|---|---|
| Dated: June 15, 2022 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Jennifer P. Richnafsky* |
| | Edwin J. Harron (DE Bar No. 3396) |
| | Sharon M. Zieg (DE Bar No. 4196) |
| | James L. Higgins (DE Bar No. 5021) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| | Email: eharron@ycst.com |
| |     szieg@ycst.com |
| |     jhiggins@ycst.com |
| | |
| | -and- |
| | |
| | SHERRARD, GERMAN & KELLY, PC. |
| | |
| | Gary Philip Nelson (P.A. Bar No. 27603) |
| | Jennifer P. Richnafsky (P.A. Bar No. 314764) |
| | 535 Smithfield Street, Suite 300 |
| | Pittsburgh, PA 15222 |
| | Telephone: (412) 258-6720 |
| | Facsimile: (412) 261-6221 |
| | Email: gpn@sgkpc.com |
| |        jpr@sgkpc.com |
| | |
| | *Counsel for the Future Claimants' Representative* |