IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ALL MATTERS RELATED TO NORTH AMERICAN REFRACTORIES COMPANY, et al. in Case No. 02-20198, as affected by the May 24, 2013 Order Entering Final Decree entered at Doc. No. 7940<br>      Debtors | Misc. Case No. 15-00204-TPA<br><br><br><br>Chapter 11 |
| HONEYWELL INTERNATIONAL INC.,<br>      *Plaintiff*,<br>  v.<br><br>NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST,<br>      *Defendant*. | Adv. No. 21-2097<br><br>Related to Doc. 412 |

**HONEYWELL INTERNATIONAL INC.'S RESPONSE TO TIG INSURANCE COMPANY, EVEREST REINSURANCE COMPANY, THE NORTH RIVER INSURANCE COMPANY, AND UNITED STATES FIRE INSURANCE COMPANY'S MOTION TO HAVE CERTAIN TRIAL EXHIBITS UNREDACTED**

On June 21, 2022, TIG Insurance Company, Everest Reinsurance Company, The North River Insurance Company, and United States Insurance Company moved to have certain trial exhibits unredacted. ECF No. 412. On June 23, 2022, the Court ordered that any response to the motion be filed on or before July 7, 2022. ECF No. 414. In accordance with the Court's order, Honeywell International Inc. ("Honeywell") states that it takes no position on the motion to have certain trial exhibits unredacted.

At the request of the TAC and FCR, Honeywell previously agreed to redact the identities and certain personal information of individual claimants in *potential* trial exhibits in recognition

#1541956

of the potential medical privacy interests implicated by disclosure. *See* ECF No. 341 ¶ 2 n.1. As the Court subsequently held, there was no need then to conclusively determine whether the names of NARCO claimants should remain under seal before they were a part of the judicial record. *See* Order, ECF No. 374 at 4, 7. Now that some redacted exhibits are part of the judicial record, Honeywell takes no position with respect to the proposed redactions.

#1541956

Dated: July 7, 2022

| | |
|---|---|
| KIRKLAND & ELLIS LLP | MCDERMOTT WILL & EMERY LLP |
| Craig S. Primis, P.C.<br>(admitted *pro hac vice*) | Michael R. Huttenlocher |
| Ronald K. Anguas, Jr.<br>(admitted *pro hac vice*) | One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444 |
| 1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5000<br>Facsimile: (202) 389-5200 | QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.<br><br>*/s/ Michael P. Kruszewski*<br>Michael P. Kruszewski<br>(Pennsylvania Supreme Court ID #91239) |
| Nicole L. Greenblatt, P.C.<br>(admitted *pro hac vice*) | Arthur D. Martinucci<br>(Pennsylvania Supreme Court ID #63699) |
| 601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800 | 2222 W. Grandview Blvd.<br>Erie, Pennsylvania 16506<br>Telephone: (814) 833-2222<br>Facsimile: (814) 833-6753<br>amartinucci@quinnfirm.com<br>mkruszewski@quinnfirm.com |

*Counsel for Honeywell International Inc.*

#1541956